UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,      :

                Plaintiff,   :

    v.                             :

Sharon B. Polito,              :   COURT NO. 3:00CV1995 (AVC)

                Defendant,   :

    and                            :
Carron and Fink LOC
Law Office                     :
1698 A. Post Rd. East
Westport, CT06880              :

                Garnishee.   :

### EX PARTE APPLICATION FOR
### WRIT OF GARNISHMENT ON EARNINGS

The United States of America, plaintiff, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant in the above cited action in the amount of $13,020.51 and post-judgment interest at the rate of 6.052%, compounded annually.

Demand was made upon the judgment debtor not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a defaulted student loan. The judgment debtor has made payments in the amount of $3,060.14 pursuit to said demand. The total balance due as of September 2, 2005 is $13,820.98.

The judgment debtor, Sharon B. Polito's, last known address is xx xxx Place, Norwalk, Connecticut 06854 and the debtor's social security number is xxx-xx-7459.

*[Margin annotations: "GRANTED. Alfred V. Covello, U.S.D.J." and "September 8, 2005. SO ORDERED."]*

*[Stamp: United States District Court, District of Connecticut, FILED AT HARTFORD, 8/9/05, Kevin F. Rowe, Clerk, By Deputy Clerk]*